UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         CASE NO. 4:15CV00082 SWW

$579,475.00 IN U.S. CURRENCY                                                           DEFENDANT

## DECREE OF FORFEITURE

The United States moves for a default judgment and a decree of forfeiture. The motion of the United States is GRANTED. As guided by 18 U.S.C. § 983 and Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. The Court recently struck the ownership claim of LNG Express, Inc., the only party to challenge the forfeiture of Defendant $579,475.00 in U.S. Currency ("the Defendant Currency"). The time for additional parties to appear has expired; therefore, the Clerk entered a default.

The Court declares that the Defendant Currency is forfeited and title is now vested in the United States. All prior claims to the Defendant Currency are extinguished and declared void. The Defendant Currency shall be turned over to the United States Marshals Service and disposed of according to law.

It is so Ordered this 15th day of August, 2016.

/s/Susan Webber Wright

United States District Judge