**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. CASE NO. 4:15CV00082 SWW | |
| $579,475.00 IN U.S. CURRENCY | DEFENDANT |
| LNG EXPRESS, INC. | CLAIMANT |

## ORDER OF FORFEITURE

The United States of America's unopposed motion for an order of forfeiture (ECF No. 74) is GRANTED. The United States filed a verified complaint *in rem* for the forfeiture of $579,475.00 in U.S. Currency ("the Defendant Currency"), served the complaint on all required parties, and published notice. (ECF Nos. 13-1 and 13-2). LNG Express, Inc., the only claimant in this matter, has indicated that is withdrawing its claim and that it does not object to the forfeiture. (ECF No. 74-1). It is therefore, ordered that LNG Express, Inc.'s claim (ECF No. 4) is withdrawn and the Defendant Currency is forfeited to the United States. All prior claims to the Defendant Currency are extinguished. The money shall be disposed of according to law. Each party will bear its own fees and costs.

The clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of June 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE